UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ANTHONY EVANS,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>  Defendant. | No. 2:17-cv-1891 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On December 16, 2019, plaintiff filed a letter bearing numerous case numbers, including the instant case, stating he seeks "information and documents" necessary to file an appeal. (ECF No. 18.) Plaintiff claims his cases should be tolled because he "sought judicial complaints with the U.S. Courts for the Ninth Circuit." (Id.)

As plaintiff was advised on February 13, 2018 (ECF No. 16), this action was dismissed without prejudice on January 18, 2018, based on plaintiff's failure to timely file an amended complaint, and judgment was entered the same day. (ECF No. 14.) In order to appeal such dismissal, plaintiff was required to file a notice of appeal within 30 days after entry of judgment. Fed. R. App. P. 4(a)(1)(A). Plaintiff did not file an appeal, and his recent filing was filed more than 60 days after entry of judgment. Thus, the court is unable to construe the filing as a request for extension of time in which to file an appeal. Fed. R. App. P. 4(a)(5).

1

With regard to plaintiff's request for documents, to the extent plaintiff seeks a form in order to file an appeal, plaintiff is advised that the court does not have such a form. If plaintiff wishes to obtain copies of documents from the court's file, he must identify the documents sought and submit the appropriate fee.[1]

Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

IT IS SO ORDERED. (ECF No. 18.)

Dated: December 19, 2019

/cw/eva1891.app.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk's Office will provide copies of documents and of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." Please Note: In Forma Pauperis status does not include the cost of copies. Copies of documents in cases may also be obtained by printing from the public terminals at the Clerk's Office or by contacting Cal Legal Support Group at: 3104 "O" Street, Suite 291, Sacramento, CA 95816, phone 916-822-2030, fax 916-400-4948.